*817053*

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED IN OFFICE

DISTRICT OF MASSACHUSETTS

2003 DEC 11 P 1:32

US DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

Jason W. Powers
971 Broadway, Apt. 2
Everett, MA

**WARRANT FOR ARREST**

CASE NUMBER: 03-1773-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jason W. Powers___
                                              Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

   aiding and abetting bank robbery

in violation of
Title ___18___ United States Code, Section(s) ___2113(a) and 2___

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

12-2-03   Worcester, MA
Date and Location

Bail fixed at $ _____          by _____
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-03-03 | Lt. Eugene A. Keefe  MSP | Eugene A. Keefe |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____