UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2003 DEC 16 P 12:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 03-1773-CBS |
| ) | |
| JASON W. POWERS ) | |

<u>DEFENDANT'S MOTION TO CONTINUE PRELIMINARY HEARING</u>

Defendant Jason W. Powers, with the assent of the government, respectfully moves that this Court continue the preliminary hearing in this matter from its currently scheduled date of December 17, 2003, at 10:00 a.m. to February 17, 2004. In so moving, the defendant hereby again waives his right, under Fed. R. Crim. P. 5(c), to have a preliminary examination held within 20 days of his initial appearance before this Court. As grounds therefor, the defendant states that preliminary discussions with the government have begun in an effort to resolve this criminal proceeding by agreement of the parties, and that it is hoped that the additional time requested herein will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Respectfully submitted,

JASON W. POWERS
By His Attorney

_/s/ Walter H. Underhill_
WALTER H. UNDERHILL, ESQ.
66 Long Wharf
Boston, MA 02110
(617) 523-5858

ASSENTED TO:

_/s/ Timothy Q. Feeley_
TIMOTHY Q. FEELEY
Assistant U.S. Attorney

December 15, 2003