## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: January 20, 2004 |
| Courtroom Clerk: Roland | Time In Court: 15 min |
| Case: USA v. Jason Powers | Case Number: 03-1773 CBS |
| AUSA: Casey for Feeley | Defense Counsel: Not Present |
| PTSO/PO: Vangie | Recording Time: 2:10 P |

## TYPE OF HEARING

[X] **Initial Appearance**
[X] Arrested:  [X] on warrant  [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Retained Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

Revocation Hearing set for 1/23/04 at 2:30 P

## REMARKS

Case called, UASA and Defendant appear for Initial Appearance, Initial appearance without dft's counsel present, Gov't requests detention, Case continued for Revocation Hearing, Dft remanded to the custody of the US Marshal