FID # 817053

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED IN OFFICE
2004 JAN 21  P 1:28
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

JASON POWERS

**WARRANT FOR ARREST**

Case Number: 03-01773-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **JASON POWERS**
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
**VIOLATING CONDITIONS OF PRETRIAL RELEASE**

RECEIVED
U.S. MARSHAL SVC
JAN 15 4 07 PM '04
WORCESTER, MASS.

in violation of Title  **18**  United States Code, Section(s)  **3583**

| Lisa B. Roland | /s/ Lisa B. Roland |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 1/15/2004     Worcester, MA |
| Title of Issuing Officer | Date           Location |

Digitally signed by /s/ Lisa B. Roland
DN: cn=/s/ Lisa B. Roland, o=Deputy Clerk
Date: 2004.01.15 15:25:09 -05'00'

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 1-15-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-20-04 | Tom Bezanson, SDUSM | [signature] |